## AFFIDAVIT OF DUE DILIGENCE - ATTEMPTS TO LOCATE AND/OR SERVE

UNITED STATES DISTICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Index/Case #: 1:22-CV-05946-AMD-PK
Court Date:
Filing Date: October 4, 2022
Client: Spasojevich Law PC
Attorney:

*Plaintiff*

GINA QUINONES

*Defendant*

VS

LIQUID FBA GOLD LLC and SIMON ROFFEE

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

_____Husam Al-Atrash_____, being duly sworn, deposes and says: that deponent is not a party to this action, is over the age of eighteen (18) years and resides in the State of New York ; deponent attempted to serve the within Summons in a Civil Action and Complaint

Upon _____ SIMON ROFFEE _____

the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts the deponent was unable to effect process upon the person being served because of the following reason(s):

Date/Time: 12/17/2022 11:35:00 Attempt at: 233 BEACH 140TH ST, , ROCKAWAY PARK, NY 11694 Results: NO SUCH ADDRESS

Sworn to before me on _____January 10, 2023_____

DENISE BEDELL
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01BE6091831; QUALIFIED IN NASSAU COUNTY
MY COMMISSION EXPIRES MAY 5, 2023



Husam Al-Atrash

Lic# 1279639
JobID 2249384
Client ID QUINONES

*INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771*